```
                          United States Bankruptcy Court
                           Eastern District of New York

In re:                                                             Case No. 18-42804-nhl
Christopher L Shane                                                Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0207-1          User: csmall                 Page 1 of 2           Date Rcvd: May 16, 2018
                              Form ID: 309A                Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db             +Christopher L Shane,    606 Koscuiszko Street,   Apt. 2A,   Brooklyn, NY 11221-3033
smg            +NYC Department of Finance,    345 Adams Street,   Office of Legal Affairs,
                 Brooklyn, NY 11201-3739
smg            +NYS Unemployment Insurance,    Attn: Insolvency Unit,   Bldg. #12, Room 256,
                 Albany, NY 12240-0001
9272026        +Allied Interstate,    Po Box 1954,   Southgate, MI 48195-0954
9272030        +Att Mobility,   Diversified Consultants Inc.,   Po Box 551268,   Jacksonville, FL 32255-1268
9272032        +Berman & Rabin PA,    15280 Metcalf Ave,   Overland Park, KS 66223-2811
9272036        +Citibank,   Centralized Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
9272037        +Danira Munari,    355 South End Avenue,   Apt. 28K,   New York, NY 10280-1059
9272040        +EZ Pass Violation,    Processing,   Po Box 52005,   Newark, NJ 07101-8205
9272041        +First Data,   5565 Glenridge Connector,   North Easte,   Ste 2000,   Atlanta, GA 30342-4799
9272044        +Gross Fusco 55 Partners,    a/k/a GF55 Partners,   19 West 21st Street,
                 New York, NY 10010-6836
9272047        +Lewis Baach PLLC,    Kaufmann Middlemiss,   405 Lexington Avenue,   62nd Floor,
                 New York, NY 10174-6303
9272050        +MRS Associates Inc,    1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
9272049        +Majory Rossin,    c/o Lewis Baach PLLC,   Kaufman Middlemiss,   405 Lexington Ave 62nd fl,
                 New York, NY 10174-6303
9272051        +NCB Mgmt Services Inc,   One Allied Drive,   Feasterville Trevose, PA 19053-6945
9272052        +Neal Mesnick, MD,    5 West 16th Street,   New York, NY 10011-6398
9272053        +Northstar Location Svcs,    4285 Genesee Street,   Buffalo, NY 14225-1943
9272054        +Nys Higher Ed Services,    99 Washington Ave,   Albany, NY 12210-2822
9272055        +Professional Claims,    Bureau, Inc,   PO Box 9060,   Hicksville, NY 11802-9060
9272056         Smith Carroad Levy & Wan,    5306 Jericho Turnpike,   Suite 201,   Commack, NY 11725
9272057        +Stonleigh Recovery,    Associates,   Po Box 1479,   Lombard, IL 60148-8479
9272063        +United Collection Bureau,    5620 Southwyck Blvd,   Suite 206,   Toledo, OH 43614-1501
9272064        +Velocity Investments LLC,    c/o Malen & Associates,   123 Frost Street,
                 Westbury, NY 11590-5030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: lorna.lamotte@yahoo.com May 16 2018 18:32:31       Lorna J LaMotte,
                 The Law Offices of Lorna J LaMotte PLLC,   65 Broadway,   Suite 839,   New York, NY  10006
tr             +E-mail/Text: pereiraesq@pereiralaw.com May 16 2018 18:32:52      John S. Pereira,
                 Pereira & Sinisi, LLP,   641 Lexington Avenue,   13th Floor,   New York, NY 10022-4503
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov May 16 2018 18:33:30
                 NYS Department of Taxation & Finance,    Bankruptcy Unit,   PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov May 16 2018 18:32:47
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,   201 Varick Street, Suite 1006,   New York, NY 10014-9449
9272029         EDI: ARSN.COM May 16 2018 22:28:00      ARS National Services Inc,   PO Box 469100,
                 Escondido, CA 92046-9100
9272027        +EDI: AMEREXPR.COM May 16 2018 22:28:00      American Express,   Correspondence,   Po Box 981540,
                 El Paso, TX 79998-1540
9272028        +EDI: RMCB.COM May 16 2018 22:28:00      American Medical,   Collection Agency,
                 2269 S Saw Mill River Rd,   Bldg 3,   Elmsford, NY 10523-3848
9272031        +EDI: TSYS2.COM May 16 2018 22:28:00      Barclays Bank Delaware,   Attn: Correspondence,
                 Po Box 8801,   Wilmington, DE 19899-8801
9272034         EDI: CAPITALONE.COM May 16 2018 22:28:00      Capital One,   PO Box 71083,
                 Charlotte, NC 28272-1083
9272033        +EDI: CAPITALONE.COM May 16 2018 22:28:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
9272035        +EDI: CHASE.COM May 16 2018 22:28:00      Chase Card Services,   Correspondence Dept,
                 Po Box 15298,   Wilmington, DE 19850-5298
9272039        +EDI: RMCB.COM May 16 2018 22:28:00      EZ Pass,   c/o RMCB,   4 Westchester Plaza,   Ste 110,
                 Elmsford, NY 10523-1615
9272042        +EDI: FSAE.COM May 16 2018 22:28:00      First Source,   Advantage LLC,   205 Bryant Woods S,
                 Buffalo, NY 14228-3609
9272043        +E-mail/Text: bankruptcy@savit.com May 16 2018 18:33:35       GLSNY LLC,   c/o Savit Collection,
                 Po Box 250,   East Brunswick, NJ 08816-0250
9272045        +EDI: HFC.COM May 16 2018 22:28:00      HSBC,   Attn: Bankruptcy Dept,   Po Box 5213,
                 Carol Stream, IL 60197-5213
9272048        +EDI: RESURGENT.COM May 16 2018 22:28:00      LVNV Funding/,   Resurgent Capital,   Po Box 10497,
                 Greenville, SC 29603-0497
9272046        +E-mail/Text: bk@lendingclub.com May 16 2018 18:33:02       Lending Club Corp,   71 Stevenson St,
                 Suite 300,   San Francisco, CA 94105-2985
9272058        +EDI: STF1.COM May 16 2018 22:28:00      Suntrust Bank,   Attn: Bankruptcy,   Po Box 85092,
                 Mc Va-Wmrk-7952,   Richmond, VA 23285-5092
9272059        +EDI: RMSC.COM May 16 2018 22:28:00      Syncb/Care Credit,   950 Forrer Blvd,
                 Kettering, OH 45420-1469
9272060         EDI: TDBANKNORTH.COM May 16 2018 22:28:00      Td Bank North,   Attn: Bankruptcy,   Po Box 1190,
                 Lewston, ME 04243
```

```
District/off: 0207-1          User: csmall              Page 2 of 2           Date Rcvd: May 16, 2018
                              Form ID: 309A             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
9272061       +E-mail/Text: marisa.sheppard@timepayment.com May 16 2018 18:32:53      Timepayment Corp, LLC.,
               16 New England Executive,    Office Park S,   Burlington, MA 01803-5217
9272062       +EDI: ECMC.COM May 16 2018 22:28:00      U.S. Dept of Education,   Ecmc/Bankruptcy,
               Po Box 16408,    Saint Paul, MN 55116-0408
9272038        EDI: USBANKARS.COM May 16 2018 22:28:00      Elan Financial Service,   Attn: Bankruptcy,
               Po Box 5229,    Cincinnati, OH 45201
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:
```
              John S. Pereira    pereiraesq@pereiralaw.com,
               N182@ecfcbis.com;asinisi@pereiralaw.com;lvu@pereiralaw.com
              Lorna J LaMotte    on behalf of Debtor Christopher L Shane lorna.lamotte@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                              TOTAL: 3
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Christopher L Shane** | Social Security number or ITIN | **xxx–xx–9866** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of New York** | Date case filed for chapter | **7    5/15/18** |
| Case number: | **1–18–42804–nhl** | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case

Revised: 12/17

For the debtor(s) listed above, a case has been filed under Chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.  Read both pages carefully.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.  Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's Full Name** | Christopher L Shane | |
| **2. All other names used in the last 8 years** | aka Christopher Lawrence Shane, aka Christopher Shane | |
| **3. Address** | 606 Koscuiszko Street<br>Apt. 2A<br>Brooklyn, NY 11221 | |
| **4. Debtor's Attorney**<br>Name and address | Lorna J LaMotte<br>The Law Offices of Lorna J LaMotte PLLC<br>65 Broadway<br>Suite 839<br>New York, NY 10006 | Contact Phone 212–430–6516<br>Email: lorna.lamotte@yahoo.com |
| **5. Bankruptcy Trustee**<br>Name and address | John S. Pereira<br>Pereira & Sinisi, LLP<br>641 Lexington Avenue<br>13th Floor<br>New York, NY 10022 | Contact Phone (212) 758–5777<br>Email: pereiraesq@pereiralaw.com |
| **6. Meeting of Creditors** | **June 20, 2018 at 01:00 PM** | Location:<br>**271–C Cadman Plaza East, Room 2579 – 2nd Floor, Brooklyn, NY 11201–1800** |
| **7. Deadlines**<br>The Bankruptcy Clerk's Office must receive these documents and any required filing fee by the following deadlines. | **Deadline to Object to Discharge or to Challenge Whether Certain Debts are Dischargeable:**<br>**You must file a Complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing Deadline: 8/20/18**<br><br>**You must file a Motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | **Deadline to Object to Exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **8. Presumption of Abuse** | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances.<br>The presumption of abuse does not arise. | |
| **9. Bankruptcy Clerk's Office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Address of the Bankruptcy Clerk's Office:<br>271–C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201–1800<br><br>Clerk of the Bankruptcy Court:<br>Robert A. Gavin, Jr. | Hours Open:<br>Monday – Friday 9:00 AM – 4:30 PM<br><br>Contact Phone (347) 394–1700<br>Date: 5/16/18 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**                                                                 page **1**

Debtor  **Christopher L Shane**                                                              Case number **1–18–42804–nhl**

| | | |
|---|---|---|
| **10.** | **Legal Advice** | The staff of the Bankruptcy Clerk's Office cannot give legal advice. To protect your rights, consult an attorney. |
| **11.** | **Creditors May Not Take Certain Actions** | The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. |
| **12.** | **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| **13.** | **Proof of Claim** | Deadline for holder(s) of a claim secured by a security interest in the debtor(s)' principal residence (Rule 3002(c)(7)(A)):    **Filing Deadline: 07/24/2018**<br><br>No property appears to be available to pay creditors. Therefore, other than claims secured by a security interest in the debtor(s)' principal residence, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the Clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>***Do not include this notice with any filing you make with the court.*** |
| **14.** | **Discharge of Debts** | The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the Bankruptcy Clerk's Office within the deadlines specified in this notice. (See line 7 for more information.) |
| **15.** | **Exempt Property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the Bankruptcy Clerk's Office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The Bankruptcy Clerk's Office must receive the objection by the deadline to object to exemptions in line 7. |
| **16.** | **Creditors with a Foreign Address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **17.** | **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) The Electronic Bankruptcy Noticing (EBN) Program is open to all parties. You can register for EBN at the BNC website ebn.uscourts.gov, or<br>2) Debtors can register for DeBN by filing local form "Debtor's Electronic Bankruptcy Notice Request" with the Clerk of Court. **Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email**. |
| **18.** | **Undeliverable Notices** | Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the parties correct address, resend the returned notice, and notify this office of the parties change of address. Failure to provide all parties with a copy of the notice may adversely affect the debtor as provided by the Bankruptcy Court. |
| **19.** | **Form 121 Statement of Social Security #** | The debtor or debtor's attorney is required to bring a paper copy of the petition with full social security number displayed to the first meeting of creditors. |
| **20.** | **Personal Financial Management Course** | In order to receive a discharge, the debtor must complete a Personal Financial Management Course and must file a Certification About a Financial Management Course (Official Form 423) within 60 days after the first date set for the section 341 meeting. If the Certification About a Financial Management Course is not filed within the allotted time, **a discharge will not be issued and the case will be closed.** |